JAN
F#2004R01686

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

HECTOR VIDAL,

    Defendant.

APPLICATION AND ORDER
UNSEALING PROCEEDING

Cr. No. 04-717 (JG)

- - - - - - - - - - - - - - - - X

    Upon the application of the United States Attorney for the Eastern District of New York, by Assistant United States Attorney John A. Nathanson, the above-captioned proceeding is hereby ordered unsealed.

Dated:    Brooklyn, New York
           May 5, 2005

                            SO ORDERED:

                            s/John Gleeson
                            HON. JOHN GLEESON
                            UNITED STATES DISTRICT JUDGE
                            EASTERN DISTRICT OF NEW YORK